_____

DERRICK SCOTT                          CIVIL ACTION NO. 04-460-P

versus                                 JUDGE WALTER

RAY HANSON                             MAGISTRATE JUDGE HORNSBY

_____

## **MEMORANDUM ORDER**

Before the court is Plaintiff's Motion to Compel (Doc. 14).  Plaintiff seeks to compel Defendant to produce documents regarding an alleged malfunction of video recording equipment on May 15, 2003, the day on which Plaintiff alleges excessive force was used on him.  Defendant objects on the basis of relevancy.

The document request at issue is Plaintiff's Request for Production No. 7, which seeks: "Any and all writing by the highest ranking officer that was on the scene on the date of May 15, 2003 explaining in writing the malfunction of the recording equipment (reason, length of time, etc.)."  Plaintiff's request is apparently based on a sentence included in Defendant's First Step Response Form, dated July 18, 2003, which provides, in part: "Efforts were made to video the use of force but due to mechanical problems with the camera, it was not possible."

The court finds that Defendant's relevancy objection to production of the documentation must be overruled.  Plaintiff simply seeks any documentation explaining the alleged malfunction of the recording equipment on the day in question.  Defendant put the

alleged malfunction at issue in this case when it referred to those mechanical problems in the First Step Response Form.  If the requested documents exist, they must be produced.

Accordingly, Plaintiff's **Motion to Compel** is **GRANTED**.  Defendant is ordered to supplement its response to Request for Production of Documents No. 7 and produce the information requested no later than **September 30, 2005.**

THUS DONE AND SIGNED in Shreveport, Louisiana on this 14 day of September, 2005.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE