RECEIVED
MAY 26 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK SCOTT | CIVIL ACTION NO. 04-0460-P |
| versus | JUDGE WALTER |
| RAY HANSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that **Plaintiff's Motion for Summary Judgment (Doc. 18) and Defendant Ray Hanson's Motion for Summary Judgment (Doc. 22) are DENIED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26 day of May, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE