UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK SCOTT | CIVIL ACTION NO. 04-460-P |
| versus | JUDGE WALTER |
| RAY HANSON | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court is Plaintiff's **Motion Concerning All Exhibits (Doc. 30)**. Plaintiff states in the motion that he is unable to provide copies of his exhibits to Defendant's counsel as required by a prior order (Doc. 29), because Plaintiff does not have access to a copy machine. The motion is **granted in part and denied in part** as follows:

Plaintiff's pretrial statement (Doc. 31) shows that he intends to use six exhibits at trial. It is likely that counsel for Defendant already has access to copies of those six exhibits and that additional copies are not necessary. However, in the event that counsel for Defendant does not have access to existing copies of Plaintiff's exhibits, he should contact Plaintiff directly to make arrangements to obtain copies. It is not necessary to file the exhibits with the court at this time.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28th day of August, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE